BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
AUG 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TYRELL RICHMOND,<br>Defendant | CASE NO. 1:14 CR 00171 LJO SKO<br><br>VIOLATIONS: 18 U.S.C. §1591(a)(1) – Sex Trafficking of a Minor or by Force, Fraud, and Coercion (three counts); 18 U.S.C. § 922(g)(1) – Felon in possession of a Firearm; 18 U.S.C. §924(d), § 924(d)(1) AND 28 U.S.C. §2461 – Criminal Forfeiture |

# I N D I C T M E N T

COUNT ONE: [ 18 U.S.C. § 1591(a)(1) – Sex Trafficking of a Minor or by Force, Fraud and Coercion]

The Grand Jury charges: T H A T

TYRELL RICHMOND,

Defendant herein, beginning in or about June 13, 2014, and continuing through on or about June 24, 2014, in the counties of Fresno and Tulare, State and Eastern District of California and elsewhere, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a sixteen year-old female identified as "Jane Doe 1", knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion and any combination of such means would be used to cause the person to engage in a commercial sex act, or that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1)

COUNT TWO: [ 18 U.S.C. § 1591(a)(1) – Sex Trafficking of a Minor or by Force, Fraud and Coercion]

The Grand Jury charges: T H A T

TYRELL RICHMOND,

Defendant herein, beginning in or about June 13, 2014, and continuing through on or about June 24, 2014, in the counties of Fresno and Tulare, State and Eastern District of California and elsewhere, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a sixteen year-old female identified as "Jane Doe 2", knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion and any combination of such means would be used to cause the person to engage in a commercial sex act, or that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1)

COUNT THREE: [ 18 U.S.C. § 1591(a)(1) – Sex Trafficking of a Minor or by Force, Fraud and Coercion]

The Grand Jury charges: T H A T

TYRELL RICHMOND,

Defendant herein, beginning in or about June 13, 2014, and continuing through on or about June 24, 2014, in the counties of Fresno and Tulare, State and Eastern District of California and elsewhere, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a sixteen year-old female identified as "Jane Doe 3", knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion and any combination of such means would be used to cause the person to engage in a commercial sex act, or that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1)

<u>COUNT FOUR:</u> [18 U.S.C. § 922(g)(1) – Felon in possession of a Firearm]

The Grand Jury charges: T H A T

TYRELL RICHMOND,

Defendant herein, on or about August 1, 2014, in the County of Tulare, State and Eastern District of California, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

- 2004 felony conviction in Tulare County Superior Court for the crime of First Degree Burglary in violation of California Penal Code Section 459;
- 2004 felony conviction in Tulare County Superior Court for sex with a minor three or more years younger in violation of California Penal Code Section 261.5(c);
- 2008 felony conviction in Tulare County Superior Court for possession of a controlled substance for sale in violation of California Health and Safety Code Section 11378.

did knowingly possess a firearm, to wit, a Smith and Wesson .40 caliber handgun which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1)

**<u>FORFEITURE ALLEGATION:</u>** [18 U.S.C. §924(d), § 924(d)(1) AND 28 U.S.C. §2461]

The grand jury further charges, THAT,

Upon conviction of the alleged offenses in Counts 1, 2 and 3 of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved or used in the commission of the offense. If any of the property described above

1. Cannot be located upon the exercise of due diligence;
2. Has been transferred or sold to, or deposited with, a third party;
3. Has been placed beyond the jurisdiction of the Court;
4. Has been substantially diminished in value; or

5. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, including but not limited to a personal forfeiture money judgment, pursuant Title 28, United States Code, § 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

Mark E. Cullers

By_______________
MARK CULLERS
Assistant United States Attorney,
Chief, Fresno Office