BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
DEC 11 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TYRELL RICHMOND,

Defendant

CASE NO. 1:14-CR-00171-LJO SKO

VIOLATION: 18 U.S.C. §1591(a)(1)

## SUPERSEDING INFORMATION

COUNT ONE: [ 18 U.S.C. § 1591(a)(1) – Sex Trafficking of a Minor or by Force, Fraud and Coercion]

The Grand Jury charges: T H A T

TYRELL RICHMOND,

Defendant herein, beginning in or about June 13, 2014, and continuing through on or about June 24, 2014, in the counties of Fresno and Tulare, State and Eastern District of California and elsewhere, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a sixteen year-old female identified as "Jane Doe," knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion and any combination of such means would be used to cause the person to engage in a commercial sex act, or that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(2)

Dated: June 10, 2015

BENJAMIN B. WAGNER
United States Attorney

MICHAEL S. FRYE
Assistant United States Attorney